**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **4:19-CR-00150-01-JM**

**DWAYNE BRIGHAM**

## AMENDED AND SUBSTITUTED ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 30) is DENIED.

On December 2, 2020, Defendant pled guilty to possession of a prohibited object in prison.[1]  On January 6, 2021, he was sentenced to 32 months in prison, to run <u>consecutively</u> with the sentence he is serving from the Northern District of Texas.[2]

Defendant wants compassionate release because of his health conditions and COVID-19. These are not "extraordinary and compelling" reasons for relief.  Additionally, the relief is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED, this 24th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 24.

[2] Doc. Nos. 27, 28.